AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:22–mj–00231 |
| Joseph Howe | ) Assigned To : Magistrate Judge Upadhyaya, Moxila A. |
| | ) Assign. Date : 10/26/2022 |
| | ) Description: Complaint w/ Arrest Warrant |
| | ) |
| | ) |
| Defendant | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                              Joseph Howe                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1512(c)(2) and 2 - Obstruction of an Official Proceeding;
18 U.S.C. § 111(a)(1)- Assaulting, Resisting, or Impeding Certain Officers;
18 U.S.C. § 231(a)(3)- Civil Disorder;
18 U.S.C. §§ 1361 and 2 - Destruction of Government Property;
18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4)- Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(F)- Act of Physical Violence in the Capitol Grounds or Buildings;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in any of the Capitol Buildings.

Date:    10/26/2022

*Issuing officer's signature*

City and state:    Washington, D.C.          Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/27/22, and the person was arrested on *(date)* 10/28/22
at *(city and state)* Elizabethtown, Ky.

Date: 10/28/22

*Arresting officer's signature*

SA Matt Jaggers
*Printed name and title*